UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff-Appellee,<br><br>  v.<br><br>JESUS PEREZ GARCIA,<br><br>                   Defendant-Appellant. | No.   22-50314<br><br>D.C. No.<br>3:22-cr-01581-GPC-2<br>Southern District of California,<br>San Diego<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff-Appellee,<br><br>  v.<br><br>JOHN THOMAS FENCL,<br><br>                   Defendant-Appellant. | No.   22-50316<br><br>D.C. No.<br>3:21-cr-03101-JLS-1 |

Before:  WARDLAW, CLIFTON, and SANCHEZ, Circuit Judges.

Plaintiff-Appellee is ordered to file a response to the petition for rehearing en banc filed on May 11, 2024.  *See* Dkt. No. 31.  The response shall not exceed 15 pages or 4,200 words and shall be filed within 21 days of the date of this order. 9th Cir. R. 40-1.